S.D.N.Y.—N.Y.C.
14-cv-7473
Sweet, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of January, two thousand fifteen.

Present:
> Gerard E. Lynch,
> Denny Chin,
> > *Circuit Judges*,
> John G. Koeltl,[*]
> > *District Judge*.

People of the State of New York, by and through Eric T. Schneiderman, Attorney General of the State of New York,

> *Plaintiff-Appellee*,

v. 14-4624

Actavis PLC, Forest Laboratories, LLC,

> *Defendants-Appellants*.

Appellants move to seal their unredacted submissions, for a stay of the preliminary injunction entered by the district court, and to expedite this appeal. Upon due consideration, it is hereby ORDERED that the motion to seal is GRANTED. It is further ORDERED that the stay motion is DENIED because Appellants have failed to meet the requisite standard. *In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007).

---

[*] The Honorable John G. Koeltl, of the United States District Court for the Southern District of New York, sitting by designation.

Finally, it is hereby ORDERED that the motion to expedite is GRANTED. Appellants must submit a proposed briefing schedule within seven days of the entry of this order.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk