

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

March 3, 2015

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *New York v. Actavis, PLC and Forest Laboratories, LLC*, No. 14-4624

Dear Ms. Wolfe:

The Court today proposed to hold oral argument in this case during the week of April 13, 2015. One of the principal attorneys for New York has an unmovable out-of-town commitment scheduled for Wednesday, April 15, 2015. We therefore respectfully request that the Court consider setting the argument for another date during the week of April 13 (other than April 15), if there is such a date that would be convenient for the Court. If not, New York of course stands ready to present argument on any date the Court selects.

Respectfully submitted,

/s/ Anisha S. Dasgupta

Anisha S. Dasgupta
Deputy Solicitor General

cc (via ECF):

Lisa S. Blatt
Sarah M. Harris
ARNOLD & PORTER LLP